B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
District of New Jersey

In re  Lisa R. Hunt        Case No. 19-17566-VFP
aka L. R. Sharif

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MTGLQ Investors, LP                           CIT Bank, N.A.
_____        _____
            Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):  4-1
should be sent:                                 Amount of Claim: $354,756.80 (secured)
                                                Date Claim Filed: 06/24/2019

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: _____          Phone: _____
Last Four Digits of Acct #: 9 4 6 6         Last Four Digits of Acct #: 4 0 5 1

Name and Address where transferee payments
should be sent (if different from above):

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-699-5600_____
Last Four Digits of Acct #: 9 4 6 6

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Brian E. Caine, Esq.                Date:  November 22, 2019
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing Transfer of Claim has been served on the following:

Lisa R Hunt
329 Summit Rd.
Union, NJ 07083
**Pro Se Debtor – Served Via Regular Mail**


Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004
**Chapter 13 Trustee-Served Electronically & Regular Mail**



Signed: /s/ Brian E. Caine     Title: Attorney for Creditor     Date: November 22, 2019
Direct Telephone No. 856-985-4059
Mail, Fax or Email address: bcaine@parkermccay.com