**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000

Mark Goldman, Esq. #MG-8019
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Lisa R. Hunt

| | |
|---|---|
| In Re:<br><br>**LISA R. HUNT**<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 19-17566<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Goldman & Beslow, LLC 7 Glenwood Avenue, New Jersey 07017, as attorneys for the debtors.

PRO SE DEBTOR

By: _____
LISA R. HUNT

Dated: December 19, 2019

GOLDMAN & BESLOW, LLC

By: _____
DAVID G. BESLOW, ESQ.
**Superceding Attorney**
Dated: December 19, 2019