UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)

David G. Beslow, Esq. DGB-5300
Attorney for Debtor, Lisa R Hunt

| In Re: | Case No.: | 19-17566 |
|---|---|---|
| LISA R HUNT | Judge: | VFP |
|  | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___Americredit Financial___, creditor,

    A hearing has been scheduled for ___January 16, 2020___, at __10:00 am__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I recently made a payment of approximately $817.00, which I believe brought my current through November 2019. I will make the December 2019 payment in the ordinary course. I will pay the January 2020 auto payment prior to the hearing date for this motion.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: December 19, 2019

Date: Dec. 19, 2019

/S/ Lisa R Hunt
Debtor's Signature

_[signature]_
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*