GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-17566

| | | | | |
|---|---|---|---|---|
| Re: | LISA R HUNT | | Atty: | GOLDMAN & BESLOW, LLC |
| | 329 SUMMIT RD | | | ATTORNEYS AT LAW |
| | UNION, NJ 07083 | | | 7 GLENWOOD AVE, SUITE 311B |
| | | | | EAST ORANGE, NJ 07017 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/09/2019 | $300.00 | 25882284633 | 06/06/2019 | $300.00 | 25887657161 |
| 07/08/2019 | $300.00 | 26003674697 | 08/13/2019 | $300.00 | 26048766363 |
| 09/09/2019 | $300.00 | 26100168647 | 10/08/2019 | $300.00 | 26227337646 |
| 11/08/2019 | $300.00 | 26054069580 | 12/05/2019 | $300.00 | 26227398161 |
| 01/08/2020 | $300.00 | 26313246865 | | | |

**Total Receipts: $2,700.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,700.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 114.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,450.00 | 100.00% | 2,300.70 | 2,149.30 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 1,339.54 | 100.00% | 0.00 | |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | MIDLAND FUNDING LLC | UNSECURED | 260.96 | * | 0.00 | |
| 0004 | DEBT RECOVERY SOLUTION | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0006 | NEWARK PO CU | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | UNITED CONSUMER FINANCIAL SERVICE | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | NEWARK PO CU | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,288.95 | * | 0.00 | |

**Total Paid:  $2,415.60**
See Summary

**Chapter 13 Case # 19-17566**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,700.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $2,415.60     =     Funds on Hand: $284.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.