UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    LISA R. HUNT

Case No.: 19-17566

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 21, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on April 22, 2019____:

Property:    329 Summit Road, Union, New Jersey 07083

Creditor:    Rushmore Loan Management Services, Inc.

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including March 31, 2020____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-17566-VFP
Lisa R Hunt                                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1              Date Rcvd: Jan 21, 2020
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +Lisa R Hunt,    329 Summit Rd,    Union, NJ 07083-7745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    CIT BANK, N.A. nj.bkecf@fedphe.com
      Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      David G. Beslow    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Marie-Ann    Greenberg     magecf@magtrustee.com
      Mark    Goldman     on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 8