UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50183
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for AmeriCredit Financial Services, Inc.,
d/b/a GM Financial

**Order Filed on April 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LISA R. HUNT

Case No.: 19-17566

Adv. No.:

Hearing Date: 2-20-20

Judge:  VFP

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 3, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case 19-17566-VFP    Doc 70    Filed 04/05/20    Entered 04/06/20 00:26:11    Desc Imaged
Certificate of Notice    Page 1 of 3

Lisa R. Hunt
19-17566(VFP)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., d/b/a GM Financial, with the appearance of David Beslow, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., d/b/a GM Financial is the holder of a first purchase money security interest encumbering a 2011 Honda Accord bearing serial number 1HGCP2F44BA007630 (hereinafter the "vehicle").

2. **Curing Arrears:** At the hearing, the debtor was $899 in arrears to GM Financial. The debtor shall cure those arrears by making cure payments to GM Financial of $708 a month for three consecutive months, commencing 3-5-20. If the debtor fails to make any cure payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

3. After curing arrears, the debtor shall make all loan payments to GM Financial when due, being the 5th day of each month. If the debtor fails to make that payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. AmeriCredit Financial Services, Inc., d/b/a GM Financial shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., d/b/a GM Financial shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney.

5. The debtor shall pay to AmeriCredit Financial Services, Inc., d/b/a GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa R Hunt  
    Debtor

Case No. 19-17566-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db        +Lisa R Hunt,   329 Summit Rd,   Union, NJ 07083-7745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    CIT BANK, N.A. nj.bkecf@fedphe.com  
         Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         David G. Beslow    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                   TOTAL: 8