Order Filed on June 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esquire
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for MTGLQ Investors, LP

---

In Re:

Lisa R. Hunt

Case No.  19-17566-VFP
Chapter:  13
Hearing: June 18, 2020
Judge:  Vincent F. Papalia

## ORDER RESOLVING MTGLQ INVESTORS, LP'S
## MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 25, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Lisa R. Hunt
Case No:  19-17566-VFP
Caption of Order:  Order Resolving MTGLQ Investors, LP's Motion for Relief from Stay

Upon consideration of MTGLQ Investors, LP, its successors and/or assigns, ("Movant") motion, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of June 16, 2020, the Debtor was due for the November 1, 2019 through and including June 1, 2020 post-petition payments for a total of **$14,634.45**.

> 3 months @ $1,815.18 (11/19-01/20): $5,445.54
> 5 months @ $1,928.19 (02/20-06/20): $9,640.95
> Suspense: ($452.04)
> **Total**: **$14,634.45**

Said arrearages shall be cured by Debtor as follows:

a) The Debtor shall submit a payment in the amount of $3,743.37 to Movant by June 30, 2020, thereby reducing the post-petition arrears to $10,891.08.

b) Commencing with the July 1, 2020 monthly post-petition mortgage payment and continuing each month thereafter through and including the December 1, 2020 monthly post-petition mortgage payment, Debtor shall cure the remaining arrearages of $10,891.08 by tendering directly to Movant the regular monthly post-petition mortgage payment plus an additional payment of $1,815.18 which represents 1/6 of the remaining post-petition arrearages.

2. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $1,031.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

**(Page 3)**

Debtor:  Lisa R. Hunt
Case No:  19-17566-VFP
Caption of Order:  Order Resolving MTGLQ Investors, LP's Motion for Relief from Stay

    3.    Commencing with the January 1, 2021 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

    4.    **Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court may enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 329 Summit Road, Union, NJ 07083.