Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                   Case No.: 19−17566−VFP
                                   Chapter: 13
                                   Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa R Hunt
   aka L R Sharif
   329 Summit Rd
   Union, NJ 07083

Social Security No.:
   xxx−xx−5140

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     9/17/20
Time:     02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$2444.90

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☑   will reduce the amount to be paid to general unsecured creditors under the plan as follows: Reduction in the pro rata distribution to unsecured creditors

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 21, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                           Case No. 19-17566-VFP
Lisa R Hunt                                                      Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 2         Date Rcvd: Aug 21, 2020
                             Form ID: 137                 Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db             +Lisa R Hunt,    329 Summit Rd,    Union, NJ 07083-7745
cr             +CIT BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Parker McCay,    9000 Midlantic Dr,    Ste 300,   PO Box 5054,    Mt Laurel, NJ 08054-5054
518182312     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:   Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
518317652      +CIT BANK, N.A.,    LOANCARE, LLC,    3637 SENTARA WAY,    VIRGINIA BEACH VA 23452-4262
518184867      +Debt Recovery Solution,    6800 Jericho Turnpike,    Syosset, NY 11791-4401
518182314      +Debt Recovery Solution,    Attn: Bankruptcy,    Po Box 9003,    Syosset, NY 11791-9003
518182310       LoanCare, LLC,    PO Box 8068,    Virginia Beach, VA 23450-8068
518584563       MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
518584564      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                 c/o Rushmore Loan Management Services 92619-2708
518182315      +Newark Po Cu,    Pob 1570,    Newark, NJ 07101-1570
518184864      +Parker McCay PA,    PO Box 5054,    Mount Laurel, NJ 08054-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2020 00:56:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 22 2020 00:56:05
                 AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Drive,
                 Arlington, TX 76014-4101
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:05:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518233704       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 22 2020 00:56:05
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518182309      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 22 2020 00:56:05
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518184866       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2020 01:05:38     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
518182313      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2020 01:17:31     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518292959      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 22 2020 00:56:28     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
518185341      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:04:05     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518182311      +E-mail/Text: EBankruptcy@UCFS.NET Aug 22 2020 00:57:35     United Consumer Financial Services,
                 865 Bassett Rd,    Westlake, OH 44145-1194
518303520      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2020 01:17:30     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518184865*    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:   Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                 Page 2 of 2            Date Rcvd: Aug 21, 2020
                                  Form ID: 137                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    CIT BANK, N.A. nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          David G. Beslow    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```