UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s)

**Order Filed on September 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LISA R. HUNT

| | |
|---|---|
| Case No.: | 19-17566 |
| Chapter: | 13 |
| Judge: | VFP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 8, 2020**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  April 22, 2019          :

Property:      329 Summit Road, Union, New Jersey 07083

Creditor:      Rushmore Loan Management Services, Inc.

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtor             , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  October 30, 2020            .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-17566-VFP
Lisa R Hunt                                                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db              +Lisa R Hunt,    329 Summit Rd,    Union, NJ 07083-7745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    CIT BANK, N.A. nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          David G. Beslow    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
          Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8