| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Lisa R. Hunt* |
| In Re:<br><br>**LISA R. HUNT,**<br><br>Debtor |

Order Filed on September 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-17566

Chapter:   13

Judge:     VFP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 23, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtor(s): Lisa R. Hunt
Case No.: 19-17566-VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $3,197.50 for services rendered and expenses in the amount of $ 147.40 for a total of $3,344.90 of which $900.00 has already been received by said attorney and of which the balance of $2,444.90 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.