Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17566−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa R Hunt
  aka L R Sharif
  329 Summit Rd
  Union, NJ 07083

Social Security No.:
  xxx−xx−5140

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/3/20 at 10:00 AM

to consider and act upon the following:

*88* − Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Lisa R Hunt. Objection deadline is 11/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Beslow, David)

*89* − Objection to Application for Extension of Loss Mitigation Period (related document:88 Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Lisa R Hunt. Objection deadline is 11/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Lisa R Hunt) filed by Brian E Caine on behalf of MTGLQ Investors, LP. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Caine, Brian)

Dated: 11/6/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court