Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17566−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa R Hunt
   aka L R Sharif
   329 Summit Rd
   Union, NJ 07083

Social Security No.:
   xxx−xx−5140

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/3/20 at 10:00 AM

to consider and act upon the following:

*88* − Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Lisa R Hunt. Objection deadline is 11/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Beslow, David)

*89* − Objection to Application for Extension of Loss Mitigation Period (related document:88 Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Lisa R Hunt. Objection deadline is 11/10/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Lisa R Hunt) filed by Brian E Caine on behalf of MTGLQ Investors, LP. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Caine, Brian)

Dated: 11/6/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Lisa R Hunt  
    Debtor(s)

Case No. 19-17566-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 06, 2020     Form ID: ntchrgbk     Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa R Hunt, 329 Summit Rd, Union, NJ 07083-7745 |
| cr | + | CIT BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Parker McCay, 9000 Midlantic Dr, Ste 300, PO Box 5054, Mt Laurel, NJ 08054-5054 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 06 2020 21:34:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 22:51:31 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Andrew L. Spivack  
    on behalf of Creditor CIT BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: ntchrgbk | Total Noticed: 5 |

Brian E Caine
on behalf of Creditor MTGLQ Investors LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

David G. Beslow
on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

John R. Morton, Jr.
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Mark Goldman
on behalf of Debtor Lisa R Hunt yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz
on behalf of Creditor MTGLQ Investors LP rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8